Form a0asgncl

# United States Bankruptcy Court
## Southern District of Ohio
### 120 West Third Street
### Dayton, OH 45402−1819

In Re: Bruce D Pittman  
      Sheila C Pittman  
          Debtor(s)  
SSN/TAX ID:  
    xxx−xx−0226  
    xxx−xx−5046  

Case No.: 3:10−bk−30181  

Chapter: 13  

Judge: Lawrence S. Walter  

## NOTICE OF FILING TRANSFERRED OR ASSIGNED PROOF(S) OF CLAIM

A transfer/assignment of claim(s) was filed in the above proceeding by HSBC Bank Nevada NA for the transfer of a claim originally filed by Capital One NA.

The transfer/assignment designates HSBC Bank Nevada NA as the transferor and Capital One NA as the transferee.

Notice is given that:

The deadline to file a written objection to the transfer/assignment of the proof(s) of claim is February 1, 2013. If no objection is filed, the transferee shall be substituted for the transferor in accordance with Bankruptcy Rule 3001(e)(2).

Dated: January 11, 2013

                          FOR THE COURT:  
                          Kenneth Jordan  
                          Clerk, U.S. Bankruptcy Court